■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE C. HODGES, Appellant. [684 NYS2d 563] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered October 17, 1997, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the People failed to prove that he entered the premises with the intent to commit a crime therein. This contention is unpreserved for appellate review since it was not advanced with specificity before the trial court in support of the defendant's motion to dismiss (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245, 250). In any event, view-

ing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Barnes,* 50 NY2d 375, 381; *People v McCrea,* 194 AD2d 742). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

In light of the defendant's testimony that he made several unlawful entries into the premises, the supplemental instruction given by the court in response to the jury's note was not error (*cf., People v Gaines,* 74 NY2d 358; *People v Jones,* 184 AD2d 383; *People v Roberts,* 162 AD2d 729, 732; *People v Ferguson,* 158 AD2d 712, 713).

The defendant's remaining contentions are without merit. Santucci, J. P., Altman, Friedmann and McGinity, JJ., concur.